**James M. MALONEY, Plaintiff–Appellant,**

v.

**Andrew CUOMO, in his official capacity as Attorney General of the State of New York, David Paterson, in his official capacity as Governor of the State of New York, Kathleen A. Rice, in her official capacity as District Attorney of the County of Nassau, and their successors, Defendants–Appellees.**

No. 07–0581–cv.

United States Court of Appeals, Second Circuit.

Aug. 13, 2010.

James M. Maloney, appearing pro se, Port Washington, N.Y.

Karen Hutson, Deputy County Attorney (Lorna B. Goodman, County Attorney, on the brief), Nassau County District Attorney, Mineola, N.Y., for Defendant–Appellee Kathleen A. Rice.

Present: ROSEMARY S. POOLER and ROBERT A. KATZMANN, Circuit Judges.[*]

## SUMMARY ORDER

After our decision in *Maloney v. Cuomo,* 554 F.3d 56 (2d Cir.2009) (per curiam), plaintiff James M. Maloney petitioned the Supreme Court for a writ of certiorari. The Supreme Court granted the writ of certiorari, vacated the decision of this Court, and remanded the case for further consideration in light of *McDonald v. Chicago,* 561 U.S. ——, 130 S.Ct. 3020, 177 L.Ed.2d 894 (2010).

We now **VACATE** the judgment of the district court and **REMAND** for further proceedings consistent with the opinion of the Supreme Court.

---

[*] The Honorable Sonia Sotomayor, originally a member of this panel, was elevated to the Supreme Court on August 8, 2009. The remaining two panel members, who are in agreement, have determined the matter. *See*

28 U.S.C. § 46(d); Second Circuit Internal Operating Procedure E(b); *United States v. Desimone,* 140 F.3d 457, 458–59 (2d Cir. 1998).